# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN DAVID GAMBLE, | ) | |
| Plaintiff, | ) ) ) | Civil Action No. 12-1741 |
| v. | ) ) | Judge Cathy Bissoon |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) ) | Magistrate Judge Maureen P. Kelly |
| Defendant. | ) ) | |

## MEMORANDUM ORDER

On February 22, 2013, this case was referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Rules 72.C, 72.D and 72.G of the Local Rules for Magistrates.

On October 11, 2013, the Magistrate Judge issued a Report (Doc. 13) recommending that Defendant's Motion for Summary Judgment (Doc. 11) be denied, and that Plaintiff's Motion for Summary Judgment (Doc. 9) be granted, to the extent described in the Report. Service of the Report and Recommendation was made on the parties, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

Defendant's Motion for Summary Judgment (**Doc. 11**) is **DENIED**; Plaintiff's Motion for Summary Judgment (**Doc. 9**) is **GRANTED** to the extent described in the Magistrate Judge's Report and Recommendation, which hereby is adopted as the Opinion of the District Court; and this case is **REMANDED FORTHWITH** for further administrative proceedings, consistent with the Magistrate Judge's instructions.

IT IS SO ORDERED.

October 29, 2013                                  s\Cathy Bissoon
                                                  Cathy Bissoon
                                                  United States District Judge

cc (via ECF email notification):

All counsel of record